of the trust. No opinion. Concur — Peck, P. J., Breitel, Frank, Valente and Bergan, JJ.

ERNEST T. ROBINSON, Respondent, v. PENNSYLVANIA RAILROAD COMPANY, Appellant.— Order unanimously affirmed, with costs to the respondent. No opinion. Concur — Peck, P. J., Breitel, Frank, Valente and Bergan, JJ.

In the Matter of 340 EAST 57TH STREET CORP., Respondent, against ROBERT C. WEAVER, as State Rent Administrator, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Breitel, Frank, Valente and Bergan, JJ.

In the Matter of 340 EAST 57TH STREET CORP., Respondent, against TEMPORARY STATE HOUSING RENT COMMISSION, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Breitel, Frank, Valente and Bergan, JJ.

In the Matter of MERCEDES REALTY Co., Appellant, against ROBERT C. WEAVER, as State Rent Administrator, Respondent, and LEO FRANKEL, Intervenor-Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Breitel, Frank, Valente and Bergan, JJ.

BETHLEHEM STEEL COMPANY, Respondent, v. TURNER CONSTRUCTION COMPANY et al., Appellants.— Judgment unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Breitel, Frank, Valente and Bergan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SHERMAN PESSIN, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PATTY DALTON, Appellant.— Judgments unanimously affirmed. No opinion. Concur — Peck, P. J., Breitel, Frank, Valente and Bergan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NICHOLAS MARINACCIO, Appellant.— Order unanimously affirmed. No opinion. Concur — Peck, P. J., Breitel, Frank, Valente and Bergan, JJ.

MURRAY SORIN et al., Suing on Behalf of Themselves and All Other Stockholders of WARREN FOUNDRY & PIPE CORPORATION, Similarly Situated, and on Behalf of said Corporation, Respondents, v. SALOMON E. SHAHMOON et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Peck, P. J., Breitel, Frank, Valente and Bergan, JJ.

## SECOND DEPARTMENT, JUNE, 1956

### (June 1, 1956)

In the Matter of EDWARD H. FREIBERGER, Appellant, against DONALD L. O'TOOLE et al., Respondents.— Order on reargument affirmed, without costs. Appeal from original orders dismissed, without costs. No opinion. Nolan, P. J., Wenzel, Beldock, Murphy and Kleinfeld, JJ., concur. [2 Misc 2d 191.]

In the Matter of EDWARD H. FREIBERGER, Appellant, against DONALD L. O'TOOLE et al., Respondents.— Order on reargument affirmed, without costs. Appeal from original orders dismissed, without costs. No opinion. Nolan, P. J., Wenzel, Beldock, Murphy and Kleinfeld, JJ., concur. [2 Misc 2d 191.]

### (June 4, 1956)

BOARD OF EDUCATION OF UNION FREE SCHOOL DISTRICT NUMBER 24 OF TOWN OF BROOKHAVEN, SUFFOLK COUNTY, Respondent, v. JOSEPHINE KOTTMAN et al., Appellants, et al., Defendants.— Motion to dismiss appeal granted, without costs, and appeal dismissed, without costs. Present — Nolan, P. J., Beldock, Murphy, Ughetta and Hallinan, JJ.